UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOCAL 7, ZONE 1 SHEET METAL WORKER'S
PENSION FUND and
LOCAL 7, ZONE 1 SHEET METAL WORKER'S
HEALTH AND WELFARE FUND,                    Case No. 1:07-cv-00006

        Plaintiffs,                          Hon. Wendell A. Miles

v.

INFINITY FABRICATION, LLC.,

        Defendant.
_____ /

**ORDER OF DISMISSAL**

This Court having sent to counsel for plaintiff a notice of impending dismissal for

failure to serve, and the Court having received no response;

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure,

this matter is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

Dated:  May 17, 2007                              /s/ Wendell A. Miles
                                                 Wendell A. Miles
                                               Senior U.S. District Judge